UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JEFFERY JACKSON,<br>　　　　Plaintiff,<br><br>v.<br><br>U.S. GOVERNMENT, *et al.*,<br>　　　　Defendants. | No. 1:25-cv-196<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date (ECF No. 8), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 26, 2025　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　United States District Judge